3757. WILKERSON *v.* PATTON SASH, DOOR & BUILDING CO.

HILL, C. J. 1. Where one party to an alleged contract for "the sale of goods, wares, or merchandise" relies upon a written memorandum, to show compliance with the statute of frauds, the memorandum must show all the terms of the contract, and that both parties thereto assented to those terms. *Borum* v. *Swift*, 125 *Ga.* 202 (53 S. E. 698); Clark on Contracts, 83.

2. An acceptance of a written offer relating to a subject-matter within the statute of frauds must itself be in writing, in order to make a con-

tract mutually binding. *Pope* v. *Graniteville Mfg. Co.*, 1 *Ga. App.* 176 (57 S. E. 949).

3. The alleged contract on which the suit is based consists of a written proposal or offer to buy certain described personal property at a specified price, and the allegations of the petition show that this written offer was withdrawn before acceptance or part performance by the proposed seller. The offer, therefore, never became a complete contract, and the court properly dismissed the petition on demurrer. *Oak City Co.* v. *Kennedy Co.*, 4 *Ga. App.* 344 (61 S. E. 499); *Sivell* v. *Hogan*, 119 *Ga.* 284 (46 S. E. 67); 9 Cyc. 284. *Judgment affirmed.*

DECIDED MARCH 6, 1912.

Action on contract; from city court of Floyd county—Judge Reece. September 15, 1911.

*W. J. Nunnally,* for plaintiff.

*Lipscomb, Willingham & Wright, Nathan Harris,* for defendant.

